STATE OF CONNECTICUT *v.* LARRY ADAMS
(13404)

O'CONNELL, LANDAU and SCHALLER, Js.

Argued January 9—decision released January 24, 1995

*Linda S. Denholtz,* assistant public defender, for the appellant (defendant).

*James M. Ralls,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Brian Kennedy,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.